SDNY-WP (Rev. 12/21)
AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
### Southern District of New York

United States of America )
v. )
## MARK SIMON )  Case No. 25MJ839
*Defendant* )
)

### APPEARANCE BOND

#### Defendant's Agreement

I, _____ MARK SIMON _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )  to appear for court proceedings;
( X )  if convicted, to surrender to serve a sentence that the court may impose; or
( X )  to comply with all conditions set forth in the Order Setting Conditions of Release.

#### Type of Bond

(   ) (1)  This is a personal recognizance bond.

( X ) (2)  This is an unsecured bond of   $ 50,000.00   .  ( X ) Cosigned by   2   FRP.

(   ) (3)  This is a secured bond of _____ , secured by:

    (   ) (a) _____ , in cash deposited with the court.

    (   ) (b)  the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

        If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (   ) (c)  a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

    (   ) (d) Cosigned by _____ FRP.

#### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

25MJ839

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)     all owners of the property securing this appearance bond are included on the bond;
(2)     the property is not subject to claims, except as described above; and
(3)     I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date:   03/12/2025

*Defendant's Signature* MARK SIMON

| | |
|---|---|
| *Interpreter Initials* | |

Surety/property owner - printed name

Surety/property owner - signature and date

*Deputy Clerk's Initials*     *Interpreter Initials*

Surety/property owner - printed name

Surety/property owner - signature and date

*Deputy Clerk's Initials*     *Interpreter Initials*

Surety/property owner - printed name

Surety/property owner - signature and date

*Deputy Clerk's Initials*     *Interpreter Initials*

*CLERK OF COURT*

Date:   03/12/2025

*Salihah Brown*
Signature of Deputy Clerk

Approved.

Date:   03/12/2025

*Judicial Officer's Signature*

Hon. Andrew E. Krause, U.S. Magistrate Judge

*Printed Name and Title*

AO 98 (Rev. 12/11) Appearance Bond

25MJ839

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant — and each surety — declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;
    (2)    the property is not subject to claims, except as described above; and
    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant — and each surety — have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant — and each surety — declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 03/12/2025

Defendant's Signature MARK SIMON

                                                         Interpreter Initials

Anthony C Giordano

Surety/property owner - printed name

Surety/property owner - signature and date     3/18/25

Deputy Clerk's Initials      Interpreter Initials

Surety/property owner - printed name

Surety/property owner - signature and date

Deputy Clerk's Initials      Interpreter Initials

Surety/property owner - printed name

Surety/property owner - signature and date

Deputy Clerk's Initials      Interpreter Initials

*CLERK OF COURT*

Date: 03/12/2025

Salihah Brown

Signature of Deputy Clerk

Approved.

Date: 03/12/2025

Judicial Officer's Signature

**Hon. Andrew E. Krause, U.S. Magistrate Judge**

Printed Name and Title

AO 98 (Rev. 12/11) Appearance Bond

25MJ839

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;

(2) the property is not subject to claims, except as described above; and

(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 03/12/2025

_Defendant's Signature_ MARK SIMON

Heather Mararita
_Surety/property owner - printed name_

_Surety/property owner - signature and date_ 3/18/25

_Surety/property owner - printed name_

_Surety/property owner - signature and date_

_Surety/property owner - printed name_

_Surety/property owner - signature and date_

*CLERK OF COURT*

Date: 03/12/2025

Salihah Brown
_Signature of Deputy Clerk_

Approved.

Date: 03/12/2025

_Judicial Officer's Signature_

**Hon. Andrew E. Krause, U.S. Magistrate Judge**

*Printed Name and Title*

AO 199A (Rev. 06/19) Order Setting Conditions of Release

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

| | |
|---|---|
| United States of America<br>v.<br>**MARK SIMON**<br>_Defendant_ | )<br>)<br>)<br>)<br>)<br>Case No.  25MJ839 |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
                                                                        _Place_

on _____
                                    _Date and Time_

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 09/24) Additional Conditions of Release                                    **MARK SIMON**                    25MJ839

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6)  The defendant is placed in the custody of:
Person or organization
Address *(only if above is an organization)*
City and state                                                                                Tel. No.
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____
                                                    *Custodian*                                        *Date*

( ☑ ) (7)  The defendant must:
    ( ☑ ) (a)  submit to supervision by and report for supervision to the   PRETRIAL SERVICES FOR   ☐ Regular; ☐ Strict; ☑ As Directed
            telephone number _____ , no later than _____
    ( ☐ ) (b)  continue or actively seek employment.
    ( ☐ ) (c)  continue or start an education program.
    ( ☑ ) (d)  surrender any passport to:   PRETRIAL SERVICES
    ( ☑ ) (e)  not obtain a passport or other international travel document.
    ( ☑ ) (f)  abide by the following restrictions on personal association, residence, or travel:   SDNY/EDNY/SOUTHERN DISTRICT OF
            FLORIDA FOR COURT PURPOSES AND ATTORNEY MEETINGS ONLY.
    ( ☑ ) (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
            including:   UNLESS IN THE PRESENCE OF COUNSEL.

    ( ☐ ) (h)  get medical or psychiatric treatment: _____

    ( ☐ ) (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
            or the following purposes: _____

    ( ☐ ) (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers
            necessary.
    ( ☑ ) (k)  not possess a firearm, destructive device, or other weapon.
    ( ☐ ) (l)  not use alcohol ( ☐ ) at all ( ☐ ) excessively.
    ( ☑ ) (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed
            medical practitioner.
    ( ☐ ) (n)  submit to testing for a prohibited substance, if required by the pretrial services office or supervising officer. Testing may be used with
            random frequency and may include urine testing, wearing a sweat patch, submitting to a breathalyzer, and/or any other form of
            prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and
            accuracy of substance screening or testing of prohibited substances.
    ( ☐ ) (o)  participate in a program of inpatient or outpatient substance use treatment, if directed by the pretrial services office or supervising
            officer.
    ( ☐ ) (p)  participate in the remote alcohol testing program using continuous electronic alcohol testing and comply with its requirements as
            directed, including not consuming alcohol.
        ( ☐ ) pay all or part of the cost of remote alcohol testing, including equipment loss or damage, based upon your ability to pay, as
            determined by the pretrial services or supervising officer.
    ( ☐ ) (q)  participate in the location monitoring program and comply with the requirements, as directed in subsections i, ii, and iii.

         i. Following the location restriction component (check one):

        ( ☐ ) (1)  Curfew. You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as
            directed by the pretrial services office or supervising officer; or
        ( ☐ ) (2)  Home Detention. You are restricted to your residence at all times except for employment; education; religious services;
            medical, substance use, or mental health treatment; attorney visits; court appearances; court-ordered obligations; activities
            approved by the court; or essential activities approved in advance by the pretrial services office or supervising officer; or
        ( ☐ ) (3)  Home Incarceration. You are restricted to 24-hour-a-day lockdown at your residence except for medical necessities and
            court appearances or activities specifically approved by the court; or
        ( ☐ ) (4)  Stand-Alone Monitoring. You have no residential component (curfew, home detention, or home incarceration) restrictions.
            However, you must comply with the location or travel restrictions as imposed by the court. Note: Stand-alone monitoring
            should be used in conjunction with global positioning system (GPS) or virtual mobile application technology.

AO 199B (Rev. 09/24) Additional Conditions of Release                MARK SIMON          25MJ839

## ADDITIONAL CONDITIONS OF RELEASE

    (ii)  submit to the following location monitoring technology (check one):

       ( ☐ ) (1)  Location monitoring technology as directed by the pretrial services or supervising officer; or

       ( ☐ ) (2)  GPS; or

       ( ☐ ) (3)  Radio Frequency; or

       ( ☐ ) (4)  Voice Recognition; or

       ( ☐ ) (5)  Virtual Mobile Application. You must allow the pretrial services or supervising officer to conduct initial and periodic inspections of the mobile device and mobile application to verify that 1) the monitoring software is functional, 2) the required configurations (e.g., locational services) are unaltered, and 3) no efforts have been made to alter the mobile application.

    (iii)  ( ☐ ) pay all or part of the cost of location monitoring, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer

( ☑ ) (r) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☑ ) (s) SEE BELOW

1. Refrain from owning or possessing any firearms, weapons or destructive devices, nor reside in a home where any firearms are present.

2. Must remove firearms from residence and/or place of business by 3/19/2025 and provide proof to Pretrial Services.

Defense Counsel Name: JEFFREY CHARTIER

Defense Counsel Telephone Number: (718) 892-8588 (o)    (cell) (203) 253-5792
2027 Williamsbridge Rd
Bronx, NY 10461

Defense Counsel Email Address: JPCESQ@Hotmail.com

AO 199C  (Rev. 09/08)  Advice of Penalties

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:  MARK SIMON                                    Case No.  25MJ839

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1)  an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more -- you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2)  an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3)  any other felony -- you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4)  a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

Date:  03/12/2025

_____
Defendant's Signature  MARK SIMON

☐ **DEFENDANT RELEASED**

_____
City and State

### Directions to the United States Marshal

( ✓ )  The defendant is ORDERED released after processing.

( )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:        3/12/2025

_____
Judicial Officer's Signature

Hon. Andrew E. Krause, U.S. Magistrate Judge
Printed Name and Title

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

AO 199C  (Rev. 09/08)  Advice of Penalties



**Southern District of New York**

The Bronx
Manhattan
Westchester
Rockland
Dutchess
Orange
Putnam
Sullivan

**Eastern District of New York**

Brooklyn (Kings County)
Queens  (Queens County)
Staten Island (Richmond County)
Long Island (Nassau & Suffolk)